UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTONIO JOHNSON,

        Petitioner,

v.                              Case No. 3:05-cv-424-J-32MMH

STATE OF FLORIDA,

        Respondent.

## ORDER OF TRANSFER

On April 26, 2005, Petitioner Antonio Johnson filed a Petition for Declaratory Judgment (Doc. #1), in which he requests this Court to issue a declaratory judgment declaring that "indefinite" has the same meaning as "indeterminate." Specifically, Petitioner Johnson claims that his life sentence is illegal because it is indefinite imprisonment and that the circuit judge erred in concluding that the term "indeterminate" does not have the same meaning as "indefinite."[1]

---

[1] This Court takes judicial notice of Petitioner's previously-filed case in the Tampa Division of this Court (Case No. 8:05-cv-660-T-24TGW), in which Petitioner filed a similar Petition for Declaratory Judgment on April 1, 2005. In that case, this Court denied his Petition for Declaratory Judgment with prejudice, stating that he had not met the elements necessary for this Court to grant his Petition for Declaratory Judgment. See Case No. 8:05-cv-660-T-24TGW, Order (Doc. #3), filed April 6, 2005, at 2. That case is currently on appeal in the United States Court of Appeals for the Eleventh Circuit.

It appears from the record that the life sentence was imposed by the Circuit Court, in and for **Dade County**, Florida. Therefore, pursuant to 28 U.S.C. § 2241(d), this case is transferred to the United States District Court for the **Southern District of Florida for all further proceedings**, and the Clerk shall immediately forward the file to that District.

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of May, 2005.

*[signature]*
TIMOTHY J. CORRIGAN
United States District Judge

sc 5/12
c:
Antonio Johnson

2